UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK BROWN,
Individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

LOC PERFORMANCE
PRODUCTS, INC., a Michigan
corporation, and LOC
PERFORMANCE PRODUCTS,
LLC, a Michigan limited liability
Company,

    Defendants.
_____/

Case No. 23-cv-11022-LVP

Hon. Linda V. Parker

Mag. Curtis Ivy Jr.

## Stipulated Order of Dismissal

NOW COME the parties, by and through their respective counsel of record, and hereby stipulate and agree to entry of an Order dismissing the above-captioned matter in its entirety. The Parties agree that Plaintiff Derrick Brown's individual claims will be dismissed with prejudice. The parties further agree that any alleged claims of any other similarly situated individuals will be dismissed without prejudice.

4861-2965-0331.1

2

Each party will bear its own costs and attorneys' fees.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: January 10, 2024

APPROVED AS TO SUBSTANCE AND FORM:

**Respectfully submitted,**

| | |
|---|---|
| */s/ Kevin J. Stoops (w/ permission)* | */s/ Felicia S. O'Connor* |
| Kevin J. Stoops (P64371) | Jeffrey S. Kopp (P59485) |
| Jesse L. Young (P72614) | Felicia S. O'Connor (P76801) |
| **SOMMERS SCHWARTZ, P.C.** | **FOLEY & LARDNER LLP** |
| 141 E. Michigan Avenue, Suite 600 | 500 Woodward Avenue, Suite 2700 |
| Kalamazoo, Michigan 49007 | Detroit, MI 48226 |
| (269) 250-7500 | (313) 234-7100-telephone |
| kstoops@sommerspc.com | (313) 234-2800-fax |
| jyoung@sommerspc.com | jkopp@foley.com |
| | foconnor@foley.com |
| Jonathan Melmed (CA SBN 290218) | |
| Laura Supanich (P85849) (CA SBN 314805) | *Attorneys for Defendant* |
| **MELMED LAW GROUP, P.C.** | Date: January 9, 2024 |
| 1801 Century Park East, Suite 850 | |
| Los Angeles, CA 90067 | |
| (310) 824-3828 | |
| jm@melmedlaw.com | |
| lms@melmedlaw.com | |
| *Attorneys for Plaintiff and the Proposed Collective* | |

4861-2965-0331.1